UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen, U.S.M.J. |
| v. | : | Magistrate No. 26-8191 |
| SANATA COULIBALY | : | **Order for Continuance** |

1. This matter came before the Court on the joint application of the United States (Michael K. O'Leary, Assistant U.S. Attorney, appearing), and defendant Sanata Coulibaly (Carol Dominguez, Assistant Federal Public Defender, appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through January 8, 2027.

2. This is the first continuance that the Court has granted.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Despite the exercise of diligence, the circumstances of this case require giving defense counsel and the Government a reasonable amount of additional time for effective preparation.

b. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from September 18, 2026 through December 18, 2026 ~~January 8, 2027~~; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: September 18th, 2026

Form and entry consented to:

/s/ Michael K. O'Leary
MICHAEL K. O'LEARY
Assistant U.S. Attorney

CAROL DOMINGUEZ
Asst. Federal Public Defender